730

No. 356. KELLY, TRUSTEE, *v.* UNITED STATES ET AL. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel B. Bassett* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondents.

No. 359. BETHKE ET AL. *v.* GRAYBURG OIL Co. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Cofer* for petitioners. No appearance for respondent.

No. 361. CHASE NATIONAL BANK ET AL. *v.* MALONE, RECEIVER, ET AL. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Fred C. Rector* and *Lawrence Bennett* for petitioners. *Messrs. Edward B. Levy, Province M. Pogue,* and *Homer C. Corry* for respondents.

No. 363. LONG *v.* UNITED STATES. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. L. Barnum* and *Chauncey F. Tramutolo* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 364. BACON *v.* NORTHERN PACIFIC RY. Co. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr.*